IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CROP PRODUCTION SERVICES, INC.,
a Delaware corporation,
    Plaintiff,

vs.                      Case No. 3:10mc65/MCR/MD

TED BAXTER,
    Defendant.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 16, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's motion to dissolve writs of garnishment (doc. 19) is GRANTED, and the writs of garnishment entered against Jackson County Teacher's Credit Union and William B. Floyd and Shirley Floyd are dissolved for the reasons set forth in the magistrate judge's Report and Recommendation of December 16, 2010.

    DONE AND ORDERED this 18th day of January, 2011.

                                s/ *M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**